UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                               :

UNITED STATES OF AMERICA
                               :     19 MJ 8913

     -against-                       :     ORDER
                               :
     Pinero
                               :

Defendant: Mark Pinero
                               :
-------------------------------------------X

     Hon. Lisa M. Smith, United States Magistrate Judge:

     ORDERED that the bail condition requiring the defendant to reside
with his father at 2394 Belmont Ave, Bronx, NY 14058 be eliminated
allowing the defendant to reside in an apartment approved by United
States Pretrial Services.


     Dated: New York, New York
            November 15, 2019


                                   SO ORDERED

                                   _____
                                   Hon. Lisa M. Smith
                                   United States Magistrate Judge